FILED

AUG 22 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE MARIE LANCE,<br><br>Defendant. | CR 17-82-BLG-SPW &<br>14-17-BU-SPW<br><br>ORDER |

For the reasons stated on the record, Nicole Marie Lance is hereby released from the custody of the U.S. Marshal Service.

DATED this 22nd day of August, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1